```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendants

 7

 8
                      UNITED STATES DISTRICT COURT
 9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  ROBIN WALKER, JAMES BRAUN,    )  Case No. 1:11-cv-01195-AWI-SKO
    MARIA DUPRAS, MONA PEREZ,     )
12  MELISSA CARMICHAEL, and       )  STIPULATION AND ORDER FOR
    DOES 1-100 inclusive,         )  EXTENSION OF TIME TO RESPOND TO
13                                )  FIRST AMENDED COMPLAINT
                                  )
14         Plaintiffs,            )
                                  )
15      v.                        )
                                  )
16  UNITED STATES DEPARTMENT      )
    OF COMMERCE, CENSUS           )
17  BUREAU, ARACELI BARCELO,      )
    SALVADOR RAMIREZ, ANTHONY     )
18  MUNOZ, JEFFREY ENOS,          )
    CELESTE JIMINEZ, JAMES T.     )
19  CHRISTY, KURTIS DOCKEN,       )
    JOEL ALONZO, PATRICK          )
20  HESCOX, SANDRA IRAHETA        )
    AGUILARA, JULIE LAM,          )
21  GEOF ROLAT, as individuals    )
    and DOES 1-100, inclusive,    )
22                                )
           Defendants.            )
23                                )
    _____ )
24

25      The parties to this action hereby stipulate and agree, and

26  request that the Court order, that the time within which

27  defendants U.S. Department of Commerce, Census Bureau, James T.

28  Christy, Jeffrey Enos, Celeste Jiminez, Julie Lam, Geof Rolat,
```

1

and Araceli Barcelos must respond to the First Amended Complaint (Doc. 9) be extended to February 13, 2012. The United States has requested this extension in order to allow sufficient time for processing of requests for representation by the defendants named individually in this action.

RESPECTFULLY SUBMITTED,

Dated: December 29, 2011.    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendants

Dated: December 29, 2011.    LAW OFFICES OF BRIAN C. LEIGHTON

By: /s/ Brian C. Leighton
BRIAN C. LEIGHTON
Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED that Defendants U.S. Department of Commerce, Census Bureau, James T. Christy, Jeffrey Enos, Celeste Jiminez, Julie Lam, Geof Rolat, and Araceli Barcelos' request for an extension of time to file a response to Plaintiffs' complaint is GRANTED, and Defendants' responsive pleading is due on or before February 13, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**                /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE