# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER et al., | CASE NO. 1:11-cv-01195-AWI-SKO |
|            Plaintiffs, | **ORDER GRANTING PLAINTIFF DUPRAS' REQUEST TO SUBSTITUTE ATTORNEY OF RECORD** |
|   v. | |
| U.S. DEPARTMENT OF COMMERCE, et al., | (Doc. 39) |
|           Defendants. | |
| _____/ | |

On June 4, 2012, Plaintiff Maria Dupras ("Plaintiff") filed a request to substitute her current counsel of record, Brian Leighton, Esq., and represent herself *in propria persona*.  (Doc. 39.) Plaintiff's counsel has agreed to this substitution.  (Doc. 40.)

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's substitution request is GRANTED; and

2.     The Clerk of Court is DIRECTED to serve this order on Plaintiff Dupras at 616 E. Orange Street, Santa Maria, California 93454.

IT IS SO ORDERED.

Dated:   __June 6, 2012__             _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE