1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MELISSA CARMICHAEL, | **Case No. 1:12-cv-001722-SKO** |
| 12                    Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE** |
| 13           v. | |
| 14  JOHN BRYSON, in his official capacity as the Secretary of the UNITED STATES | |
| 15  DEPARTMENT OF COMMERCE; and ROBERT GROVES, in his official capacity as | |
| 16  the DIRECTOR OF THE UNITED STATES CENSUS BUREAU, an agency of the UNITED | |
| 17  STATES DEPARTMENT OF COMMERCE, | |
| 18                    Defendants. | |
| 19 | |

20

21        The parties to this action hereby stipulate and request that the pretrial conference set for February

22  5, 2014, at 2 p.m. in Courtroom 7, be continued to February 28, 2014, at 2 p.m. in Courtroom 7.

23  Plaintiffs have requested a continuance of the pretrial conference because trial co-counsel for plaintiffs,

24  Mr. Giovacchini, has been unavailable for health reasons to assist in preparations for the pretrial

25  conference.  Defendants do not object to the continuance, and the parties have been informed by Court

26  staff that the Court is available to conduct the pretrial conference on February 28.  Accordingly, the

27  parties respectfully request that the Court continue the pretrial conference to February 28, 2014, at 2

28  p.m. in Courtroom 7.

STIPULATION AND PROPOSED ORDER TO                    1
CONTINUE PRETRIAL CONFERENCE

1 Dated:  January 28, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney

2

3                                      By   /s/ Benjamin E. Hall

4                                             BENJAMIN E. HALL
                                            Assistant United States Attorney
                                            Attorneys for Defendants

5

6 Dated:  January 28, 2014                     LAW OFFICES OF BRIAN C. LEIGHTON

7

8                                      By   /s/ Brian C. Leighton
                                            BRIAN C. LEIGHTON

9                                             Attorneys for Plaintiff

10

11                                             **ORDER**

12

13

14 IT IS SO ORDERED.

15      Dated:    **January 30, 2014**                   **/s/ Sheila K. Oberto**

16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO       2
CONTINUE PRETRIAL CONFERENCE