1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| MELISSA CARMICHAEL, | ) | CASE NO. 1:12‑CV‑001722‑SKO |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL OF** |
| | ) | **ACTION WITH PREJUDICE AND** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE, | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) the Plaintiff in this action

hereby voluntarily dismisses this action in its entirety with prejudice.  This dismissal is based

upon the entered Stipulation for Compromise Settlement and Release of Claims entered into by

the parties in March of this year.

DATED:        April 22, 2014        Respectfully submitted.

                                    /S/ Brian C. Leighton

                                    BRIAN C. LEIGHTON, Attorney for
                                    Plaintiff

///

///

///

///

VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
AND ORDER THEREON - 1

1

2

**ORDER**

3        The above entitled action is hereby DISMISSED with prejudice, and this case shall be

4   administratively closed.

5

6

7   IT IS SO ORDERED.

8        Dated:   **April 24, 2014**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2014, I electronically filed the following document(s)

with the Clerk of the Court by using CM/ECF system:

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED]**

**ORDER THEREON**

I certify that **all** participants in the case are registered CM/ECF users and that service will

be accomplished by CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing

is true and correct and that this declaration was executed on April 22, 2014, at Clovis, California.


/S/ Kimberly R. Barker

Kimberly R. Barker, declarant